**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **A.H.C.D.L.C., A MINOR; G.S.R.J., A MINOR; BY AND THROUGH ERICA SANTAMARIA, AS NEXT FRIEND OF MINORS,** <br> **Petitioners,** <br> **v.** <br> **FEDERAL FIELD SPECIALIST, OFFICE OF REFUGEE RESETTLEMENT; FEDERAL FIELD SPECIALIST SUPERVISOR, OFFICE OF REFUGEE RESETTLEMENT; ALEX J. ADAMS, ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; ANGIE SALAZAR, ACTING DIRECTOR OF THE OFFICE OF REFUGEE RESETTLEMENT; AND ROBERT F. KENNEDY, JR., SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,** <br> **Respondents.** | **NO. 2:26-cv-09996-KS** <br><br> **JUDGMENT** |

\\
\\
\\

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** and that relief is awarded as set forth in the Court's Memorandum Opinion and Order.

DATED: October 5, 2026

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE